**Slip Op. 00-92**

## UNITED STATES COURT OF INTERNATIONAL TRADE

### BEFORE: RICHARD W. GOLDBERG, JUDGE

FORMER EMPLOYEES OF SIMPSON
PASADENA PAPER COMPANY,

                Plaintiffs,

      v.                            Court No. 99-04-00249

HERMAN, UNITED STATES
SECRETARY OF LABOR,

                Defendant.

### JUDGMENT ORDER

On January 26, 2000, the Court remanded the U.S. Department of Labor's ("the Department") negative determination regarding eligibility to apply for trade adjustment assistance under the Trade Act of 1974 with instructions that the Department conduct a survey of Simpson Pasadena Paper Company's customers. On June 9, 2000, the Department filed a <u>Notice of Revised Determination on Remand</u> ("<u>Revised Determination</u>"), certifying that

> [a]ll workers of Simpson Pasadena Paper Company, Pasadena, Texas, who became totally or partially separated from employment on or after November 13, 1997, through two years from the date of this issuance, are eligible to apply for adjustment assistance under Section 223 of the Trade Act of 1974.

Upon consideration of the <u>Revised Determination</u>, and upon all other papers filed herein, it is hereby

**ORDERED** that the case is DISMISSED.

**SO ORDERED.**

                          _____
                                Richard W. Goldberg
                                   JUDGE

Date:    August 1, 2000
          New York, New York